# ROY JACOBS & ASSOCIATES
### ATTORNEYS AT LAW
### THE GRAYBAR BUILDING
### 420 LEXINGTON AVENUE
### SUITE 2440
### NEW YORK, NY 10170

TEL 212-867-1156
FAX 212-504-8343
Cell 845-304-3382

rjacobs@jacobsclasslaw.com
www.jacobsclasslaw.com

November 12, 2014

The Honorable Ramon E. Reyes, Jr.
United States Magistrate-Judge
United States District Court Eastern District New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Torbio v. David Massio Studio, Inc., et al.* 14-cv-05634-(RRM)(RER)

Dear Judge Reyes:

I am one of Defendants' counsel. I request that the Initial Conference now scheduled for November 25, 2014, be rescheduled as set forth below. I am to appear in the United States District Court in Santa Anna, California on November 24, 2014, to argue a Motion to dismiss. While I plan to get back very late that day, given the uncertainties in flying from the west coast, I request that the Conference be slightly delayed.

I have discussed the matter with counsel for Plaintiff, Mr. Justin Cilenti of the law firm of Cilenti & Cooper, PLLC. Counsel is available on December 15, 2014 in the morning; December 16 and 18, 2014 in the afternoon, and on December 17, 2014 all day. If such dates are not convenient for the Court, I will endeavor to obtain additional dates.

I respectfully request that the Initial Conference be rescheduled as requested.

Respectfully submitted,

Roy L. Jacobs

Cc: Justin Cilenti, Esq.