UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BERNARDINO TORIBIO,

                       Plaintiff,

    -against-

DAVID MASSIO STUDIO, INC. d/b/a DÉMIURGE
NEW YORK, DAVID KELLOGG MASSIO, and
RACHEL SHORR,

                       Defendants.
-----------------------------------------------------------------X

Case No. 14-CV-5634
(RRM) (RER)

**STIPULATION AND
ORDER OF DISMISSAL**

       The matter in the above-captioned action having been amicably resolved by and between plaintiff Bernardino Toribio and defendants David Massio Stuido, Inc. David Kellogg Massio, and Rachel Shorr, upon negotiated terms, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiffs

_____
Justin Cilenti, Esq.
Dated: April 9, 2015

So Ordered:

_____
Roslynn R. Mauskopf, U.S.D.J.

**ROY JACOBS & ASSOCIATES**
Attorneys for Defendants

_____
Roy Jacobs, Esq.
Dated: April 13, 2015

Dated: